CLYDE BLACKMON (No. 36280)
Rothschild Wishek & Sands LLP
(E-mail: cblackmon@rwslaw.com)
765 University Ave.,
Sacramento, CA  95825
Telephone: (916) 444-9845
Facsimile: (916) 640-0027

JENNIFER A. GIBSON (No. 224490)
(E-mail: jen.gibson@comcast.net)
Supervising Attorney, Criminal Appellate Advocacy Clinic
Pacific McGeorge School of Law
3200 5th Ave.,
Sacramento, CA  95817
Telephone: (916) 340-6080
Facsimile: (916) 739-7248

Attorneys for Petitioner
DENZEL CRISP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZEL CRISP,<br><br>      Petitioner,<br><br>v.<br><br>DAVE DAVEY, Acting Warden,<br>California State Prison at Corcoran,<br><br>      Respondent. | Case No. 2:2015-cv-00938<br><br>CONSENT ORDER TO WITHDRAWAL OF CO-COUNSEL |

NOTICE IS HEREBY GIVEN WITH THE CONSENT OF THE PETITIONER DENZEL CRISP AND SUBJECT TO THE APPROVAL OF THE COURT:

That Jennifer A. Gibson and Pacific McGeorge School of Law Community Legal Services (CLS) withdraw as co-counsel for Petitioner Denzel Crisp in the United States District Court for the Eastern District of California Case No. 2:2015-cv-00938. Pursuant to Local Rules, rule 182 (d) (Fed. R. Civ. P. 83), the withdrawal of Jennifer A. Gibson and CLS will not render Petitioner Denzel Crisp in propia persona in this proceeding. Clyde Blackmon of Rothschild Wishek & Sands LLP, will remain as lead counsel of record for Petitioner Denzel Crisp. Further, Petitioner Denzel Crisp consents to the withdrawal of co-counsel. Therefore, it is requested that the Court grant the Consent Order.

I consent to the above withdrawal
Date: 8/27/15

_____
Denzel Crisp
Petitioner

I consent to the above withdrawal
Date: 9/2/2015

_____
Jennifer A. Gibson
Criminal Appellate Advocacy Clinic

I consent to the above withdrawal
Date: 9/14/15

_____
Clyde Blackmon
Rothschild Wishek & Sands LLP

The withdrawal of co-counsel is hereby approved and so ORDERED.

Date: 10/15/15

_____
Judge