UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZEL DEMAR CRISP,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY,<br><br>　　　　　Respondent. | No. 2:15-cv-0938 KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee. On May 15, 2015, this action was stayed to allow petitioner to return to state court and exhaust his state court remedies as to his second claim. (ECF No. 7.) On May 19, 2016, petitioner filed a motion to lift the stay, providing a copy of the April 20, 2016 decision by the California Supreme Court. (ECF No. 10.) In addition, petitioner seeks leave to file an amended petition to include his new claims.

Good cause appearing, petitioner's motion for extension of time to file an amended petition is granted.[1]

---

[1] By granting this extension, this court makes no finding or representation that the original petition or any new claims raised in the amended petition are not subject to dismissal as untimely. See Sossa v. Diaz, 729 F.3d 1225, 1235 (2013). The one year statute of limitations is applicable to all claims presented in a federal habeas corpus petition. See 28 U.S.C. § 2244(d)(1); see also Mardesich v. Cate, 668 F.3d 1164 (9th Cir. 2012) (holding that the one year statute of limitations applied to each claim in a habeas petition on an individual basis).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to lift the stay (ECF No. 8) is granted; and
2. Petitioner is granted thirty days in which to file an amended petition.

Dated: May 20, 2016

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw; cris0938.lftsty